IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KADEEM CORDELL DEBOSE,**

    **Plaintiff,**

v.                                                                              Case No. 1:23-cv-42-AW-HTC

**DETECTIVE NANCY MORZOUCK,
ALACHUA COUNTY SHERIFF
WARRANT PERSONNEL,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Kadeem Cordell Debose is an inmate proceeding pro se and *in forma pauperis*. The magistrate judge issued a June 20, 2023 report and recommendation concluding that this case should be dismissed for failure to state a claim under 28 U.S.C. §§ 1915(e) and 1915A(b). ECF No. 15. I have considered that report and recommendation and have considered de novo the issues raised in Debose's objection, ECF No. 17.

I agree with the magistrate judge. I adopt the report and recommendation and incorporate it into this order. I note further that where collateral estoppel bars the claim, this warrants dismissal "[e]ven if the complaint legally states a claim." *Clark v. State of Ga. Pardons & Parole Bd.*, 915 F.2d 636, 641 & n.2 (11th Cir. 1990); *see also id.* at 640 ("[I]f the district court sees that an affirmative defense would defeat

the action, a section 1915(d) dismissal is allowed." (citing older version of statute)).

Debose's objections (ECF No. 17) are OVERRULED.

The clerk will enter a judgment that says, "This case is dismissed under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1)." The clerk will then close the file.

SO ORDERED on August 18, 2023.

s/ *Allen Winsor*  
United States District Judge
